DOROTHY E. PARKER, Respondent, v. LAWRENCE W. PARKER, Appellant.— Appeal from an order of the Supreme Court at the Essex County Special Term, which modified a previous order of the same court with reference to the custody of the infant son of the parties, and awarded such custody to the maternal grandparents of the infant. Before making the order appealed from the court reviewed and considered all of the proceedings had before the final judgment of separation, as well as the affidavits and proof offered upon the return of the order to show cause. Order affirmed, without costs. Hill, P. J., Heffernan, Foster and Lawrence, JJ., concur; Brewster, J., taking no part.

DOROTHY E. PARKER, Respondent, v. LAWRENCE W. PARKER, Appellant.— Appeal from an order of the Supreme Court at the Clinton County Special Term, which granted respondent the sum of $300 for counsel fees and disbursements upon an appeal to this court from an order awarding custody of an infant child of the parties to the maternal grandparents. Respondent sought to defend the order as against the appeal of her husband. The order appealed from was within the power of the court to make (Civ. Prac. Act, §§ 1169, 1170), and was discretionary. We do not find the amount excessive. Order appealed from affirmed, with ten dollars costs. All concur.